THE PEOPLE OF THE STATE OF NEW YORK ex rel. HATTIE L. KENDALL, Appellant, *v.* THOMAS L. FEITNER et al., as Commissioners of Taxes and Assessments, Respondents.

*People ex rel. Kendall* v. *Feitner*, 62 App. Div. 620, affirmed.
(Argued October 1, 1901; decided November 12, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 20, 1901, which affirmed an order of Special Term dismissing a writ of certiorari to review the proceedings of the defendants in assessing certain real estate belonging to the relator.

*Edward P. Lyon* for appellant.

*John Whalen, Corporation Counsel (George S. Coleman* of counsel), for respondents.

Order affirmed, with costs, on opinion in *People ex rel. Thomson* v. *Feitner* (168 N. Y. 441).

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Dissenting: LANDON, J.